## HEMINGER v. ROBB.

EVIDENCE CONFLICTING: JUDGMENT AFFIRMED.

*Appeal from Van Buren District Court.*

WEDNESDAY, OCTOBER 4.

ACTION upon a promissory note. The defendant admitted the execution of the note, and pleaded a counter-claim. There was a trial without a jury, and judgment was rendered for the plaintiff for the amount of the note. The defendant appeals.

*Lea & Wherry,* for appellant.

*Work & Brown,* for appellee.

ADAMS, J.—The defendant claims that the judgment is not supported by the evidence. But the evidence is not without conflict. It is voluminous and complicated, and it may be that the court erred in the conclusion reached; but such error, if any, it is beyond our power to correct, and the judgment must be

AFFIRMED.